1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CHERYL PETERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-10-191 JAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| CHERYL PETERSON, et al, | ) | Date: January 3, 2012 |
| Defendants. | ) | Time: 9:30am |
| | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Darrin Johnston, Todd Smith, and Cheryl Peterson, by and through their undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Todd Pickles, that the status conference presently set for December 13, 2011 at 9:30 a.m., should be continued to January 3, 2012 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from December 13, 2011 through January 3, 2012.

The reasons for the continuance are: (1) Defense counsel for Cheryl Peterson is investigating a possible conflict of interest with another Federal Defender client, and will know by January 3, 2012 whether the

conflict can be waived, (2) Defense counsel Michael Long, who was newly appointed to represent Defendant Darrin Johnson, needs some additional time to review evidence in order to set a trial and (3) there is substantial discovery. Accordingly, the time between December 13, 2011 and January 3, 2012 should be excluded from the Speedy Trial calculation pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code and T4 (ongoing preparation of defense counsel). The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).

Dated: December 9, 2011          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Douglas J. Beevers
                                 _____
                                 DOUGLAS J. BEEVERS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 CHERYL PETERSON

Dated: December 9, 2011          /s/ Bruce Locke
                                 _____
                                 BRUCE LOCKE
                                 Attorney for Defendant
                                 TODD SMITH

Dated: December 9, 2011          /s/ Michael Long
                                 _____
                                 MICHAEL LONG
                                 Attorney for Defendant
                                 DARRIN JOHNSTON

Dated: December 9, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Matthew Stegman
                                 _____
                                 Matthew Stegman
                                 Assistant U.S. Attorney

2

**O R D E R**

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: December 9, 2011                /s/ John A. Mendez
                                       Hon. John A. Mendez
                                       United States District Court Judge