1 BENJAMIN B. WAGNER
United States Attorney
2 TODD A. PICKLES
Assistant United States Attorneys
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 Attorneys for UNITED STATES OF AMERICA
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,                CASE NO. 2:10-cr-00191 JAM
12                         Plaintiff,        **STIPULATION AND ORDER FOR
                                            CONTINUANCE OF TRIAL
13 v.                                       CONFIRMATION HEARING AND
                                            FOR CHANGE OF PLEA**
14 JEREMIAH MARTIN, *et al.*,
15                         Defendants.
16
17
18                              **STIPULATION**
19        This case was scheduled for changes of plea and for trial confirmation hearing for April 10,
20 2012. Due to the Court's unavailability, the parties have met and conferred and agree to and request
21 the matter be continued to the following dates for the following purposes:
22        Trial confirmation hearing for defendant Cheryl Peterson set for **April 17, 2012**; and
23        Changes of plea set for defendants Todd Smith and Darrin Johnston set for **April 24, 2012**.
24 The Court has already excluded time under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and
25 (B)(iv) and Local Code T4 in this matter to May 8, 2012, and, therefore, no additional exclusion of
26 time is required. A proposed order is attached below for the Court's convenience.
27 ///
28 ///

Stipulation and Proposed Order                1

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO STIPULATED.

2                                              Respectfully submitted,

3
   DATED: April 11, 2012                       BENJAMIN B. WAGNER
4                                              United States Attorney

5                                      By:     */s/ Todd A. Pickles*
                                               TODD A. PICKLES
6                                              Assistant U.S. Attorney

7                                              For the United States of America

8
   DATED: April 11, 2012
9                                      By:     */s/ Todd A. Pickles for*
                                               MICHAEL LONG
10
                                               For Defendant Darrin Johnston
11
   DATED: April 11, 2012
12                                     By:     */s/ Todd A. Pickles for*
                                               BRUCE LOCKE
13
                                               For Defendant Todd Smith
14
   DATED: April 11, 2012                       DANIEL BRODERICK
15                                             Federal Public Defender

16                                     By:     */s/ Todd A. Pickles for*
                                               DOUGLAS BEEVERS
17                                             Assistant Federal Public Defender

18                                             For Defendant Cheryl Peterson

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Based on the reasons set forth in the stipulation of the parties filed on April 11, 2012, and good cause appearing there from, the Court adopts the stipulation of the parties in its entirety.

IT IS HEREBY ORDERED that the trial confirmation hearing set for defendant Cheryl Peterson is continued to April 17, 2012 at 9:30 a.m.; and

IT IS FURTHER ORDERED THAT the changes of plea set for defendants Todd Smith and Darrin Johnston are continued to April 24, 2012 at 9:30 a.m.

The Court also already found that the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED until May 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

IT IS SO ORDERED.

DATED:  April 12, 2012                    /s/ John A. Mendez
                                          Honorable John A. Mendez
                                          United States District Judge
                                          Eastern District of California

Stipulation and Proposed Order

3

PDF created with pdfFactory trial version www.pdffactory.com