| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | TODD A. PICKLES<br>Assistant United States Attorneys |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for UNITED STATES OF AMERICA |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:10-cr-00191 JAM |
| | Plaintiff, | **AMENDED** STIPULATION AND ORDER TO CONTINUE TRIAL DATE TO JULY 23, 2012 |
| v. | | |
| CHERYL PETERSON, *et al.*, | | |
| | Defendants. | |

The United States, through the undersigned counsel of record, and defendant Cheryl Peterson, through her undersigned counsel of record, hereby stipulate and respectfully request the Court continue the trial date to July 23, 2012.

The matter is currently set for trial on May 7, 2012 against Peterson on charges of conspiracy to commit mail fraud and eight substantive counts of mail fraud. (Co-defendants Darrin Johnston and Todd Smith are set to plead on April 24, 2012.) Defense counsel has indicated that he needs additional time to review the escrow and lender files that are in the possession of the investigating agent in the Redding FBI field office. The United States is in the process of making arrangements for review of these records.

Further, taking into account the review of these documents, defense counsel anticipates further investigation may be necessary with respect to potential defenses. The United States accepts defense counsel's representations that he needs additional time to prepare for his client's defense.

Amended Stipulation to Continuance of Trial Date

1

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties also anticipate that this additional time may result in further discussions regarding
2  resolution of this matter. For all of these reasons, the parties agree that there is good cause to
3  continue the trial date to July 23, 2012, which the parties understand is available on the Court's
4  calendar. Therefore, the parties respectfully request that the Court grant Defendant's request for a
5  continuance to July 23, 2012, with a trial confirmation hearing set for June 19, 2012 at 9:30 a.m.
6        The parties further stipulate and agree that the ends of justice to be served by granting the
7  requested continuance outweigh the best interests of the public and the defendant in a speedy trial.
8  The parties, through their respective counsel, hereby stipulate and request that the time period from
9  May 7, 2012, to July 23, 2012, should be excluded under the Speedy Trial Act, 18 U.S.C.
10  §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the
11  reasonable time to prepare.
12        IT IS SO STIPULATED.

13                                            Respectfully submitted,

14  DATED: April 19, 2012                BENJAMIN B. WAGNER
                                                United States Attorney

                                         By:    */s/ Todd A. Pickles*
16                                                TODD A. PICKLES
                                               Assistant U.S. Attorney

18  DATED: April 19, 2012                DANIEL BRODERICK
                                               Federal Public Defender

19                                          By:    */s/ Todd A. Pickles for*
                                               DOUGLAS BEEVERS
20                                                Assistant Federal Public Defender

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

This matter came before the Court on the parties' stipulation to continue the trial date to July 23, 2012. The Court ADOPTS the stipulation and finds good cause to continue the date. Accordingly, IT IS HEREBY ORDERED THAT:

1. The trial in this matter is continued from May 7, 2012 to July 23, 2012 at 9:00 a.m., with a trial confirmation hearing set for June 19, 2012 at 9:30 a.m.; and

2. The time between May 7, 2012 to July 23, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv), and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED: April 19, 2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge
Eastern District of California

Amended Stipulation to Continuance of Trial Date

PDF created with pdfFactory trial version www.pdffactory.com