May 16, 2013
Stipulation and proposed order to move status hearing
Page 1


**LAW OFFICE OF MICHAEL D. LONG**
**901 H Street, Suite 301**
**Sacramento, CA   95814**
**(916) 447-1920**
**Mike.Long.Law@msn.com**

**May 16, 2013**

Harry Vine, Courtroom Clerk to the
Honorable John A. Mendez
501 I Street
Sacramento, CA 95814

Re:   United States v. Darrin Johnston and Todd Smith; 10-191 JAM
       Request to change status hearing date from 5/21/2013 to 8/13/13

Dear Mr. Vine:

    Darrin Johnston and Todd Smith have both resolved their cases.   They are set for status hearing on May 21, 2013.   Neither defendant is ready for sentencing.   The probation report has yet to be drafted because many tasks remain to be done by the parties before the probation officer can interview the defendants and begin work on the report.

    AUSA Todd Pickles, Bruce Locke (CJA Attorney For Todd Smith) and I jointly request a continuance of the status hearing for both Mr. Johnston and Mr. Smith from May 21, 2013, to August 13, 2013, at 9:45 a.m., to permit the many tasks to be completed and allow the probation report to be drafted.   It is possible that an additional request to continue will be filed before August 13, 2013.

Sincerely,
/s/ Michael D. Long
Michael D. Long

cc:   USPO Talia Katz, AUSA Todd Pickles and CJA Bruce Locke


IT IS SO ORDERED.

Dated: 5/17/2013               /s/ John A. Mendez
                               John A. Mendez
                               United States District Court Judge